UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**NICOLE MICHELLE M.,**

               **Plaintiff,**           **5:22-cv-634**
                                                    **(GLS/DEP)**

               **v.**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

               **Defendant.**
_____

## SUMMARY ORDER

Pending is plaintiff Nicole Michelle M.'s objection to a Report and Recommendation (R&R), (Dkt. No. 22), which recommends, among other things, that defendant Commissioner of Social Security's decision be affirmed, (Dkt. No. 21). The objection, which faults the R&R's conclusion that the administrative law judge (ALJ) correctly evaluated the opinion evidence, "centers on the fact that the ALJ failed to properly evaluate the opinions of Drs. [M. Marlene] Ryan and [Gerald] Koocher." (Dkt. No. 22 at 1.) The specifics of Nicole's arguments now are identical to those presented in her memorandum of law in support of her motion for judgment

on the pleadings.[1]  (*Compare* Dkt. No. 12 at 12-20, *with* Dkt. No. 22 at 1-5.)

The objection, which repeats the substance of the only argument made in Nicole's underlying brief, (Dkt. No. 12 at 12-20), and was directly considered by Magistrate Judge Peebles, is general and triggers review for clear error only.  *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *4 (N.D.N.Y. Jan. 18, 2006).

After carefully considering the R&R and finding no clear error therein, it is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 21) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that Nicole's motion for judgment on the pleadings (Dkt. No. 12) is **DENIED**; and it is further

---

[1] To the extent that the objection contends that Magistrate Judge Peebles "cherry-pick[ed] evidence," or "found" or "contends" one thing or another with respect to the disability determination, (Dkt. No. 22 at 2, 3, 4), it misses the mark.  Upon review of an appeal of a denial of Social Security benefits, the district court's role is to review the determination and decide if it is supported by substantial evidence and free from legal error; not to find, contend, or cherry pick anything.  The objection, apparently in an effort to specifically attack the R&R and invoke de novo review, attempts to impute the alleged mistakes by the ALJ to the Magistrate Judge, which reflects a misunderstanding of the court's role in the litigation.

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case and provide a copy of this Summary Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 20, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge